ORIGINAL

FILED

05/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0692

# IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 19-0692

MONTANA STATE UNIVERSITY-
NORTHERN,

    Petitioner and Appellant,

  v.

RANDY BACHMEIER,

    Appellee and Cross-Appellant.

FILED

MAY 18 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DA 19-0692

**ORDER**

Petitioner/Appellant has filed an unopposed motion requesting a 30-day extension.

Pursuant to the motion, and for good cause being shown:

IT IS HEREBY ORDERED that Petitioner/Appellant's Combined Reply and Answer Brief to the Cross-Appeal is due July 13, 2020.

DATED: 5.18.20